No. 76.  Precision Scientific Co. *v.* International Union of Mine, Mill and Smelter Workers.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *Barnabas F. Sears* and *James M. Barnes* for petitioner.  *Nathan Witt, Joseph Forer* and *David Rein* for respondent.

No. 639.  Schyman *v.* Department of Registration and Education of Illinois et al.  Supreme Court of Illinois and Appellate Court of Illinois, First District.  Certiorari denied.  *Edward Brodkey* for petitioner.

No. 641.  Hammers *v.* Board of Fire and Police Commissioners of the City of Mattoon, Illinois.  Supreme Court of Illinois.  Certiorari denied.  *Matthew Steinberg* for petitioner.  *R. G. Real* for respondent.

No. 642.  Underwood et al. *v.* Illinois Central Railroad Co.  C. A. 5th Cir.  Certiorari denied.  *P. Z. Jones* for petitioners.  *Joseph H. Wright, John W. Freels, Mitchell Emmett Ward* and *R. L. Dent* for respondent.

No. 645.  St. Louis Company *v.* United States.  C. A. 3d Cir.  Certiorari denied.  *Eli Frank, Jr.* for petitioner.  *Solicitor General Rankin, Assistant Attorney General Rice* and *I. Henry Kutz* for the United States.

No. 649.  Artis *v.* United States.  C. A. 6th Cir.  Certiorari denied.  *Kalman A. Goldring* and *Sydney G. Kusworm, Sr.* for petitioner.  *Solicitor General Rankin* and *Assistant Attorney General Rice* for the United States.